# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Cynthia A Groves   )
)
) **Bankruptcy No.** 11 B 18392
)
**Debtor(s)**   )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on February 28, 2013 at 10:30 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Cynthia A. Groves
Bankruptcy No. 11 B 18392

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

Relief Courtroom Deputy

**Electronic Service through CM/ECF System**

*Debtor's Attorney*

**Patrick A Meszaros**
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street
Joliet, IL 60435

*Trustee*

**Andrew J Maxwell, ESQ**
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Served through First Clasee Mail**

*Debtor*

**Cynthia A Groves**
15526 Wherry Lane
Orland Park, IL 60462